UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>       *Plaintiff*,<br><br>  v.<br><br>DOES 1–25,<br><br>       *Defendants*. | Civil Action No. 1:25-cv-04503-JPO |

**ORDER TO REDACT CERTAIN DOCUMENTS AND UNSEAL CASE**

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to maintain this matter under seal with the exception of certain limited redactions as described in Plaintiff's June 18, 2025, and June 23, 2025, letters and third-party Zhejiang Alibaba Cloud Computing Ltd.'s ("Alibaba") June 24, 2025, letters to the Court;

**WHEREAS**, the Court has reviewed Plaintiff's and Alibaba's sealing and redaction requests and finds that the requests protect the declarant and third-party privacy interests without unduly infringing on public access to information;

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to proceed under an anonymized caption;

**IT IS HEREBY ORDERED**, that this case is unsealed except for certain documents, including:

1. Plaintiff's Complaint and Appendix A;

2. Plaintiff's Memorandum of Law in Support of Its Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

3. Plaintiff's Declaration dated May 27, 2025, in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause;

4. Plaintiff's Declaration of Laura Harris dated May 27, 2025, in Support of Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause and attached Exhibits;

5. Plaintiff's Letter to the Court re: Amendment and Unsealing dated June 18, 2025 and Exhibits;

6. Plaintiff's Letter to the Court re: Redaction dated June 23, 2025 and Exhibits;

7. Alibaba's Letter Motion to Seal dated June 24, 2025;

8. Alibaba's Letter re: Appearance dated June 24, 2025;

**IT IS FURTHER ORDERED**, that Plaintiff and Alibaba will file any redacted copies of the above-listed documents to the Court's ECF system;

**IT IS FURTHER ORDERED**, that the Clerk of the Court is hereby directed to unseal documents not listed above and upload them onto the Court's ECF system;

**IT IS FURTHER ORDERED**, that the Clerk of Court shall add Plaintiff Google LLC and Defendants Does 1–25 to the caption of this case.

**IT IS SO ORDERED.**

Dated:  June 30, 2025

J. PAUL OETKEN
United States District Judge