UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DOES 1–25, <br><br> *Defendants.* | Civil Action No.: 1:25-cv-04503 <br><br> **FILED UNDER SEAL** |

**ORDER**
**EXTENDING TEMPORARY RESTRAINING ORDER**
**AND DIRECTING CLERK TO SERVE DOE DEFENDANTS AND ACCEPT BOND**

Plaintiff Google LLC ("Google" or "Plaintiff") has filed a complaint for injunctive and other relief pursuant to: Federal Rule of Civil Procedure 65; the Computer Fraud and Abuse Act ("CFAA") (18 U.S.C. § 1030); the Racketeer Influenced and Corrupt Organizations Act ("RICO") (18 U.S.C. § 1962(c)); and the All Writs Act (28 U.S.C. § 1651). Google moved *ex parte* for an emergency temporary restraining order ("TRO"), which the Court granted on May 30, 2025. Google now moves to extend the TRO for an additional fourteen days. Good cause having been shown, Google's motion is GRANTED based on the following findings:

1.  There is good cause to believe that the Court's prior findings of fact and conclusions of law, set forth in the Court's TRO entered May 30, 2025, continue to apply as of the time of this order. The following prior findings, in particular, establish good cause for the brief TRO extension Google requests:

    a.  Defendants have engaged in and are likely to engage in acts or practices that violate the CFAA (18 U.S.C. § 1030) and the RICO Act (18 U.S.C. § 1962);

1

      b.     There is good cause to believe that, unless Defendants are restrained and enjoined by continued Order of this Court, immediate and irreparable damage will result from Defendants' ongoing violations of law. This harm will be suffered by Google, victims whose computers are infected with BadBox 2.0 malware, and the public at large;

      c.     There is good cause to believe that immediate irreparable damage to this Court's ability to grant effective final relief will result from the sale, transfer, or other disposition or concealment by Defendants of the infrastructure used to distribute, control, and operate the BadBox 2.0 malware and computers infected with BadBox 2.0 malware;

      d.     Google's request for emergency *ex parte* relief is not the result of any lack of diligence on its part but instead based upon the elaborate nature of Defendants' unlawful conduct. Therefore, in accordance with Fed. R. Civ. P. 65(b), 15 U.S.C. §§ 1116(d) and 1125(c), good cause requires that this Order be Granted without prior notice to Defendants, and accordingly, Google is relieved of the duty to provide Defendants with prior notice of its motion;

      e.     There is good cause to direct that third party Internet registries, registrars, and hosting providers with a presence in the United States reasonably assist in the implementation of this Order and refrain from frustrating the implementation and purposes of this order, pursuant to 28 U.S.C. § 1651(a) (the All Writs Act).

    2.     Defendants will not be prejudiced by the extension Google seeks. Defendants do not have any legitimate interest that will be impaired by extending the TRO; they are being enjoined from engaging in conduct that is already prohibited by law.

    3.     For all the reasons stated in the May 30, 2025 TRO, the balance of hardships and public interest weigh in favor of extending the TRO until Defendants respond to an Order to Show Cause hearing.

Accordingly, Google's motion is **HEREBY GRANTED** and the **TRO** entered May 30, 2025, is, and shall remain, in place until June 27, 2025.

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65(b), that Defendants shall appear before this Court on June 27th, 2025, at 11:30 a.m. E.T. by telephone conference, accessible by dialing +1-855-244-8681 and entering passcode 2312-828-7066 to show cause, if there is any, why this Court should not enter a Preliminary Injunction, pending final ruling on the Complaint against Defendants, enjoining the conduct temporarily restrained by the preceding provisions of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court is to issue a summons to Does 1–25 for Google to serve on Defendants. Service shall be effectuated by June 20, 2025.

**IT IS FURTHER ORDERED** that Google shall post bond in the amount of $75,000 to be filed with the Clerk. The Clerk shall accept Google's submission of $75,000 in satisfaction of the TRO's bond requirement.

**IT IS SO ORDERED.**

Dated: June 6, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge