UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC.<br><br>        Plaintiff,<br>v.<br><br>DOES 1–25,<br><br>        Defendants. | Case No. 1:25-cv-04503-JPO<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Laura Harris of the law firm King & Spalding LLP hereby appears on behalf of Plaintiff Google LLC in the above captioned matter and respectfully requests to be served with copies of all pleadings, discovery, correspondence, and notices in this case. The undersigned is admitted to practice before this Court.

Dated: July 10, 2025
       New York, New York

KING & SPALDING LLP

*By: /s/ Laura Harris*
Laura Harris
1185 Avenue of the Americas
New York, NY 10036
(212) 790-5360
lharris@kslaw.com

*Counsel for Plaintiff Google LLC*