# Exhibit 1

**Appendix A**

**List of Domains/Domain Registrars Associated with BadBox 2.0**

| Domain | Registrar |
|---|---|
| firehub.link | 1API GmbH |
| 100ulife.com | Gname.com Pte. Ltd. |
| ad3g.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| admoyu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| dc16888888.com | ! #1 Host Japan, LLC |
| ipmoyu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| motiyu.net | Gname.com Pte. Ltd. |
| moyix.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| polkitu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| pooboonews.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| randomhow.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ads-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ai-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| app-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| net-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| adoverocean.com | Amazon Registrar, Inc. |
| cooktracking.com | Cloudflare, Inc. |
| flybitly.com | Cloudflare, Inc. |
| pm2za.cc | Cloudflare, Inc. |
| x8cpp.cc | Cloudflare, Inc. |
| ttyunos.com | DNSPod, Inc. |
| pcxrlback.com | Dynadot LLC |
| coslogdydy.in | Dynadot LLC |
| msohu.online | Dynadot LLC |
| hatchbeen.com | Gname.com Pte. Ltd. |
| echojoy.xyz | GoDaddy.com, LLC |
| qazwsxedc.xyz | GoDaddy.com, LLC |
| sysbinder.xyz | GoDaddy.com, LLC |
| 99soya.shop | GoDaddy.com, LLC |
| 1ztop.work | GoDaddy.com, LLC |
| adaptorx.com | GoDaddy.com, LLC |
| adenjoybox.com | GoDaddy.com, LLC |
| adsmob.org | GoDaddy.com, LLC |
| adstool.xyz | GoDaddy.com, LLC |
| apotube.com | Dynadot Inc. |

| Domain | Registrar |
|---|---|
| appclicking.com | GoDaddy.com, LLC |
| bltproxy.com | GoDaddy.com, LLC |
| bluefish.work | GoDaddy.com, LLC |
| bullet-proxy.com | GoDaddy.com, LLC |
| cbphe.com | GoDaddy.com, LLC |
| clickby.net | GoDaddy.com, LLC |
| clocksyn.com | Name.com, Inc. |
| cxlcyy.com | GoDaddy.com, LLC |
| cxzyr.com | GoDaddy.com, LLC |
| dazzl.vip | GoDaddy.com, LLC |
| dqmop.com | GoDaddy.com, LLC |
| duoduodev.com | GoDaddy.com, LLC |
| firehub.work | GoDaddy.com, LLC |
| fuhidd.com | GoDaddy.com, LLC |
| g1ee.com | GoDaddy.com, LLC |
| giddy.cc | GoDaddy.com, LLC |
| goologer.com | GoDaddy.com, LLC |
| heygames.club | GoDaddy.com, LLC |
| huulog.com | GoDaddy.com, LLC |
| huuww.com | GoDaddy.com, LLC |
| ipforyou.top | GoDaddy.com, LLC |
| jolted.vip | GoDaddy.com, LLC |
| joyfulxx.com | GoDaddy.com, LLC |
| joysoul.cc | GoDaddy.com, LLC |
| jutux.work | GoDaddy.com, LLC |
| logcer.com | GoDaddy.com, LLC |
| moonhub.work | GoDaddy.com, LLC |
| moyu88.xyz | GoDaddy.com, LLC |
| msohu.shop | GoDaddy.com, LLC |
| mtcpmpm.com | GoDaddy.com, LLC |
| mtcpuouo.com | GoDaddy.com, LLC |
| mymoyu.shop | GoDaddy.com, LLC |
| navnow.xyz | GoDaddy.com, LLC |
| odmstatic.com | GoDaddy.com, LLC |
| ohtok.com | GoDaddy.com, LLC |
| ontoot.com | GoDaddy.com, LLC |
| pasiont.com | GoDaddy.com, LLC |
| pccyy.com | GoDaddy.com, LLC |

| Domain | Registrar |
|---|---|
| pcxrl.com | GoDaddy.com, LLC |
| petrel-ip.com | GoDaddy.com, LLC |
| pixelscast.com | GoDaddy.com, LLC |
| pixlo.cc | GoDaddy.com, LLC |
| qulogger.com | Dynadot Inc. |
| retrofitxer.com | GoDaddy.com, LLC |
| rzless.work | GoDaddy.com, LLC |
| sdteen.com | GoDaddy.com, LLC |
| simplekds.me | GoDaddy.com, LLC |
| sparkjoy.cc | GoDaddy.com, LLC |
| sushi9.work | GoDaddy.com, LLC |
| swiftcode.work | GoDaddy.com, LLC |
| sysbinder.com | GoDaddy.com, LLC |
| thecastapp.com | GoDaddy.com, LLC |
| thrivefires.com | GoDaddy.com, LLC |
| tuding.xyz | GoDaddy.com, LLC |
| tvsnapp.com | GoDaddy.com, LLC |
| veezy.site | GoDaddy.com, LLC |
| vividweb.work | GoDaddy.com, LLC |
| wildpettykiwi.info | GoDaddy.com, LLC |
| wordflayer.com | GoDaddy.com, LLC |
| xl-ads.com | GoDaddy.com, LLC |
| ybopo.com | GoDaddy.com, LLC |
| ycxad.com | GoDaddy.com, LLC |
| ycxrl.com | GoDaddy.com, LLC |
| yydsma.com | GoDaddy.com, LLC |
| yydsmb.com | GoDaddy.com, LLC |
| yydsmd.com | GoDaddy.com, LLC |
| yydsmr.com | GoDaddy.com, LLC |
| zixoc.work | GoDaddy.com, LLC |
| ziyemy.shop | GoDaddy.com, LLC |
| ztword.com | GoDaddy.com, LLC |
| zxcvbnmasdfghjkl.xyz | GoDaddy.com, LLC |
| finemob.com | GoDaddy.com, LLC |
| flyermobi.com | GoDaddy.com, LLC |
| jasmine.land | GoDaddy.com, LLC |
| wildpettykiwi.com | GoDaddy.com, LLC |
| wildpettykiwi.xyz | GoDaddy.com, LLC |

| Domain | Registrar |
|---|---|
| feedsrocafort.com | GoDaddy.com, LLC |
| gamekite.cc | GoDaddy.com, LLC |
| dailynewscome.com | GoDaddy.com, LLC |
| mazingtour.com | GoDaddy.com, LLC |
| redtamatofeed.com | GoDaddy.com, LLC |
| gamesgoplay.com | GoDaddy.com, LLC |
| h5cloudgame.com | GoDaddy.com, LLC |
| lolagamers.com | GoDaddy.com, LLC |
| mslb.net | Hefei Juming Network Technology Co., Ltd |
| sendclick.xyz | Name.com, Inc. |
| sustat.com | Name.com, Inc. |
| wotads.com | Name.com, Inc. |
| forfor123.com | NameCheap, Inc. |
| holadns.com | NameCheap, Inc. |
| kyc-holdings.com | NameCheap, Inc. |
| lbk-sol.com | NameCheap, Inc. |
| linkmob.org | NameCheap, Inc. |
| martianinc.co | NameCheap, Inc. |
| nicenice123.com | NameCheap, Inc. |
| okamiboss.com | NameCheap, Inc. |
| peercon.org | NameCheap, Inc. |
| phonegrid.org | NameCheap, Inc. |
| phonemesh.org | NameCheap, Inc. |
| sklstech.com | NameCheap, Inc. |
| quirk5.com | NameCheap, Inc. |
| pixelsprout.lol | NameCheap, Inc. |
| 8085.read.newszop.com<br>6427.read.newszop.com | NameCheap, Inc. |
| airsignswind.com | NameCheap, Inc. |
| bitemores.com | NameSilo, LLC |
| catmore88.com | NameSilo, LLC |
| catmos99.com | NameSilo, LLC |
| meiboot.com | NameSilo, LLC |
| qocoll.com | NameSilo, LLC |
| qweqwe135.top | NameSilo, LLC |
| sdha.top | NameCheap, Inc. |
| tiktik135.top | NameCheap, Inc. |
| domipa.com | NameSilo, LLC |

4

| Domain | Registrar |
|---|---|
| scoutsgamer.com | NameSilo, LLC |
| devtest007.com | Porkbun LLC |
| strong12138.com | Porkbun LLC |
| super951.com | Porkbun LLC |
| astrolink.cn | 阿里云计算有限公司（万网） |
| shanhulan.cn | 阿里云计算有限公司（万网） |
| szprize.cn | 阿里云计算有限公司（万网） |