# Exhibit 2

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOOGLE LLC,<br><br>                    *Plaintiff*,<br><br>       v.<br><br>Does 1–25,<br><br>                    *Defendants*. | Civil Action No. 1:25-cv-04503 |

**[PROPOSED] ORDER TO UNSEAL CASE**

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to maintain this matter under seal;

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to proceed under an anonymized caption; it is hereby

**ORDERED**, that this case is unsealed in its entirety;

**ORDERED**, that the Clerk of Court shall add Plaintiff Google LLC and Defendants Does 1–25 to the caption of this case;

**IT IS FURTHER ORDERED**, that all papers filed heretofore will be posted electronically on the Court's ECF system.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                    J. Paul Oetken, U.S. District Judge