# Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOOGLE LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>      *Defendants.* | Civil Action No.:<br><br>**FILED UNDER SEAL** |

**GOOGLE LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE**

████████████████████████ ("Decl.") ¶ 4. The Enterprise deploys malware onto connected TVs and other devices. Compl. ¶ 2; Decl. ¶¶ 42–46. Once the malware is activated, these devices become part of the BadBox 2.0 botnet—a metastasizing network that the Enterprise uses to carry out illicit schemes without detection by the device user. Compl. ¶ 2; Decl. ¶¶ 24–28, 47–48. Google has undertaken significant efforts to investigate and disrupt BadBox 2.0, but the botnet continues to grow. Decl. ¶¶ 4, 101. As of April 2025, the BadBox 2.0 malware has infected more than ten million devices worldwide, including approximately 170,000 devices in New York and 65,000 in the Southern District of New York alone, and the number of infected devices increases each day. Compl. ¶¶ 15, 93; Decl. ¶¶ 4, 36.

### A.    The BadBox 2.0 Botnet

A botnet is a network of devices infected by viruses or other malware and controlled by criminals who direct its operations from afar. Compl. ¶¶ 32–36; Decl. ¶ 23. Botnets provide strength in numbers by marshalling the computer power of numerous devices for a common—often criminal—purpose. Compl. ¶ 37; Decl. ¶ 29. Cybercriminals use one or more "command-and-control" servers ("C2 Servers") to direct the devices that make up the botnet. Compl. ¶ 36; Decl. ¶¶ 23, 26.

The Enterprise infects devices that run on a modified version of the Android Open Source Project ("AOSP"). These devices do not have Google Play Protect security features, which are included on devices that use Google's proprietary Android operating system. Compl. ¶ 40; Decl. ¶ 34. The BadBox 2.0 botnet is composed of devices that the Enterprise infected with malware through at least two different methods. Compl. ¶ 47; Decl. ¶ 42. In some cases, the Enterprise pre-installs a "backdoor" (i.e. access point) onto the devices prior to the end user receiving the device. Compl. ¶ 48; Decl. ¶¶ 43–44. When the user turns on the infected device, it is programmed to connect to an Enterprise-controlled C2 Server, which instructs the device to

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>    *Defendants.* | Civil Action No.:<br><br>**FILED UNDER SEAL** |

**DECLARATION OF [REDACTED] IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

I, ███████, declare as follows:

1. ████████████████████████████████████████████████████████ I submit this declaration in support of Google's Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause. I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

2. ███████████████, I evaluate cybersecurity threats that target, or are discovered by cybercriminals' use of, Google products and services, including Android, Android Open Source Project ("AOSP"), Chrome, Google Play, Google Search, YouTube, Google Cloud, Google Ads, Google Ad Manager, and Google Display & Video 360. As part of a broader Google effort, ███ ███████ to protect Google users, products, services, platforms, and assets from serious cyberattacks, including botnet attacks. ████████████████████████████████████ ████████████████████████████████████████████, I have participated in and directed numerous botnet investigations and disruptions.

3. Google has investigated the structure and function of a botnet called "BadBox 2.0" in partnership with cybersecurity researchers at HUMAN Security, Trend Micro, and Shadowserver, among others. Google continues to actively investigate BadBox 2.0 and the actors who control it (the "BadBox 2.0 Enterprise"). Google's investigation has discovered that BadBox 2.0 has a larger scope than previously reported. My conclusions concerning BadBox 2.0 are based on Google's investigation and observations, as well as other cybersecurity experts' observations.

4. CCIG, working with other relevant Google teams, has assessed the activities of this botnet and the impact it has on Google and owners of infected devices. Our investigation has

2

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on May 27, 2025, in San Francisco, California.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>        *Defendants.* | Civil Action No.:<br><br>**FILED UNDER SEAL** |

**DECLARATION OF LAURA HARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR
*EX PARTE* TEMPORARY RESTRAINING ORDER AND
ORDER TO SHOW CAUSE**

tablets, and projectors—to form a "botnet" (or network) that the BadBox 2.0 Enterprise leverages to conduct and conceal a wide range of criminal activity, including sale of proxy connections and ad fraud. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Decl.") ¶ 4.

5. The BadBox 2.0 Enterprise continues to infect new devices every day and uses the growing botnet to engage in a variety of criminal activities, causing irreparable harm to Google, device users, and the public. For example:

   a. The Enterprise either pre-installs or downloads on users' devices the BadBox 2.0 malware. That malware enables the BadBox 2.0 Enterprise to control and direct the devices and utilize the devices' IP addresses to perform fraudulent and criminal activities. *Id.* ¶¶ 42–48.

   b. The BadBox 2.0 Enterprise sells access to the IP addresses of infected devices to cybercriminals that in turn use those IP addresses to proxy or disguise their criminal internet activities and evade detection. *Id.* ¶¶ 51–57. Cybercriminals can commit a wide variety of cyberattacks using proxy services and researchers have documented the use of BadBox 2.0 proxy connections to commit widespread ad fraud. Plaintiff Google's Complaint ("Compl.") ¶ 58.

   c. The Enterprise also uses the BadBox 2.0 devices to commit ad fraud in a variety of ways, including by using apps to request and render hidden ads, directing infected devices to interact with ads and submit fraudulent requests for ads on hidden web browsers that users cannot see, and using infected devices to carry out click fraud. ▇▇▇▇▇▇ ¶ 72.

6. Certain domains associated with web hosting companies have been identified as command and control servers for the BadBox 2.0 botnet, and certain related domains have been