UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC.<br><br>        Plaintiff,<br>   v.<br><br>DOES 1–25,<br><br>        Defendants. | Case No. 1:25-cv-04503-JPO<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Christine Carletta of the law firm King & Spalding LLP hereby appears on behalf of Plaintiff Google LLC in the above captioned matter and respectfully requests to be served with copies of all pleadings, discovery, correspondence, and notices in this case. The undersigned is admitted to practice before this Court.

Dated: July 15, 2025
        Washington, DC

KING & SPALDING LLP

By: /s/ *Christine Carletta*
    Christine Carletta
    1700 Pennsylvania Avenue, NW, Suite 900
    Washington, DC 20006-4707
    (202) 626-2997
    ccarletta@kslaw.com

    *Counsel for Plaintiff Google LLC*