# Exhibit C

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

    *Plaintiff,*

v.

DOES 1–25,

    *Defendants.*

Civil Action No.: 1:25-cv-04503

Plaintiff Google LLC ("Google") has sued Defendants Does 1-25 associated with the Internet domains listed in the pleading set forth below. Google alleges that Defendants have deployed BadBox 2.0 malware to form a botnet—a network of internet-connected devices, each of which is infected by BadBox 2.0 malware—to infiltrate devices and use that illicit access to commit cybercrimes. Google alleges that, through these actions, the Defendants have violated federal law. Google sought and received a temporary injunction enjoining the Defendants from these and other activities and directing the third parties associated with Defendants' Internet domains to take all steps necessary to disable access to and operation of BadBox 2.0-affiliated domains. Google intends to seek a preliminary injunction and other equitable relief. Full copies of the pleading documents, related filings, and orders from the Court are available below.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!** You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 21 days of the date of first publication specified herein. It must be in proper form and have proof of service on Google's attorney, Laura Harris, King & Spalding LLP, 1185 Ave. of the Americas, 34th Floor, New York, NY 10036. If you have questions, you should consult with your own attorney immediately.

## Complaint and Summons

    [Complaint + Appendix A](#)

    [Amended Appendix A](#)

    [Summons Does 1-25](#)

    [Amended Summons Does 1-25 (June 20, 2025)](#)

    [Amended Summons Does 1-25 (June 27, 2025)](#)

    [Amended Summons Does 1-25 (July 10, 2025)](#)

## Court Orders

    [Order Granting Temporary Restraining Order](#)

[Order Extending Temporary Restraining Order](#)

[Preliminary Injunction Order](#)

[Order to Redact Certain Documents and Unseal Case](#)

**Application for Temporary Restraining Order and Preliminary Injunction**

[Motion for Temporary Restraining Order](#)

[Memorandum of Law in Support of Temporary Restraining Order and Order to Show Cause](#)

[Proposed Temporary Restraining Order and Order to Show Cause](#)

[Declaration in Support of Plaintiff's Motion for Temporary Restraining Order](#)

[L. Harris Declaration + Exhibits](#)

[Motion to Extend Temporary Restraining Order](#)

[Motion Regarding Proposed Preliminary Injunction Order](#)

[Motion to Unseal + Exhibits](#)

[Motion to Request Additional Redaction + Exhibit](#)

**Service Related Pleadings and Third Party Filings**

[Certificate of Service (June 23, 2025)](#)

[Certificate of Service (June 27, 2025)](#)

[Alibaba Letter Motion to Seal](#)

[Verisign Letter to Judge](#)

# Contact us:

**If you wish to contact us, please use the contact information below:**

Laura Harris
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Phone: +1 (212) 556-2100
lharris@kslaw.com

Sumon Dantiki
Christine Carletta
KING & SPALDING LLP
1700 Pennsylvania Ave., NW
2nd Floor
Washington, DC 20006
Phone: +1 (202) 626-5591

sdantiki@kslaw.com
ccarletta@kslaw.com