# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>              *Plaintiff,*<br><br>  v.<br><br>DOES 1–25,<br><br>              *Defendants.* | Civil Action No. 1:25-cv-04503-JPO<br><br>**FILED UNDER SEAL** |

## CERTIFICATE OF SERVICE

I, Laura Harris, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a partner with the law firm of King & Spalding LLP, and I oversaw Google's efforts to provide service and notice to Defendants by mail, email, and website publication, as authorized by the Court's Temporary Restraining Order, entered May 30, 2025, and extended by Order, entered June 6, 2025.

2. On June 20, 2025, Defendants were served by email and website publication with copies of the following documents:

    a. Complaint and Appendix A;

    b. Amended Appendix A;

    c. Amended Summons;

    d. *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    e. Order Extending Temporary Restraining Order and Directing Clerk to Serve Doe Defendants and Accept Bond;

    f. Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    g.    Google LLC's Memorandum of Law in Suport of Its Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    h.    [Proposed] *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    i.    Declaration in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause;

    j.    Declaration of Laura Harris in Support of Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    k.    Plaintiff's Letter Motion dated June 4, 2025; and

    l.    Plaintiff's Letter Motion dated June 18, 2025.

3.    Defendants were also served copies of the documents listed in Paragraph 2 above via FedEx International Priority at the following addresses:

    a.    Global Internet Telemetry Measurement Collective
427 N Tatnall St Wilmington, Delaware, 19801-2230, US

    b.    Guoyong Liu
27406 SE 8th PL, Sammamish, Washington 98075 US

    c.    John Smith
240 Stockton St, 9th Floor, San Francisco, CA 94108

    d.    Nanci Nette
1619 N. La Brea Ave #221, Los Angeles, CA 90028

    e.    Moishi Kramer
Brivibas iela 91 Riga, Riga P LV, LV-1001

Executed on June 23, 2025, in New York, New York.

*[signature]*

Laura Harris

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>DOES 1–25,<br><br>　　　　　*Defendants.* | Civil Action No. 1:25-cv-04503-JPO<br><br>**FILED UNDER SEAL** |

## CERTIFICATE OF SERVICE

I, Laura Harris, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.　　I oversaw Google's efforts to provide service and notice to Defendants by mail, email, and website publication, as authorized by the Court's Temporary Restraining Order, entered May 30, 2025, and extended by Order, entered June 6, 2025.

2.　　On June 25, 2025, I caused additional emails addresses associated with Defendants and, on June 26, 2025, an email associated with a domain on Appendix A to be served with copies of the following documents:

　　　a.　　Complaint and Appendix A;

　　　b.　　Amended Appendix A;

　　　c.　　Amended Summons;

　　　d.　　*Ex Parte* Temporary Restraining Order and Order to Show Cause;

　　　e.　　Order Extending Temporary Restraining Order and Directing Clerk to Serve Doe Defendants and Accept Bond;

　　　f.　　Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    g.    Google LLC's Memorandum of Law in Suport of Its Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    h.    [Proposed] *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    i.    Declaration in Support of Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order and Order to Show Cause;

    j.    Declaration of Laura Harris in Support of Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

    k.    Plaintiff's Letter Motion dated June 4, 2025; and

    l.    Plaintiff's Letter Motion dated June 18, 2025.

Executed on June 27, 2025, in New York, New York.

*/s/ Laura Harris*

Laura Harris

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>DOES 1–25,<br><br>   *Defendants*. | Civil Action No. 1:25-cv-04503-JPO |

## CERTIFICATE OF SERVICE

I, Laura Harris, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

 1. I am a partner with the law firm of King & Spalding LLP, and on July 23, 2025, I caused to serve the Defendants by mail copies of the following documents:

  a. Summons, dated June 18, 2025;

  b. Google LLC's letter to Judge Oetken, dated June 23, 2025;

  c. Google LLC's letter to Judge Oetken, dated June 23, 2025 and redacted attachment: Google LLC's Memorandum of Law in Support of Its Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause;

  d. Google LLC's Certificate of Service, dated June 23, 2025;

  e. Alibaba Cloud Computing Ltd.'s letter motion to seal, dated June 24, 2025;

  f. VeriSign, Inc.'s letter to Judge Oetken, dated June 26, 2025;

  g. Amended Summons, dated June 27, 2025;

  h. Order to Redact Certain Documents and Unseal Case;

  i. Order Extending Temporary Restraining Order and Directing Clerk to Serve Doe Defendants and Accept Bond;

  j. Order Issuing Preliminary Injunction

      k.      Amended Summons, dated July 10, 2025.

2.      Defendants were served copies of the documents listed in Paragraph 1 above via FedEx Priority Overnight at the following addresses:

      a.      Nanci Nette
            1619 N. La Brea Ave #221
            Los Angeles, CA 90028

      b.      Guoyong Liu
            27406 SE 8th PL
            Sammamish, Washington 98075

Executed on July 30, 2025, in New York, New York.

                                          */s/ Laura Harris*
                                          Laura Harris

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOOGLE LLC,<br><br>      *Plaintiff,*<br><br>    v.<br><br>DOES 1–25,<br><br>      *Defendants.* | Civil Action No. 1:25-cv-04503-JPO |

## CERTIFICATE OF SERVICE

I, Laura Harris, counsel for Google LLC ("Google") in this action, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a partner with the law firm of King & Spalding LLP, and I oversaw Google's efforts to provide service and notice to Defendants by mail, email, and website publication, as authorized by the Court's Temporary Restraining Order, entered May 30, 2025, and extended by Order, entered June 6, 2025.

2. On July 10, 2025, Defendants were served by email and website publication with copies of the following additional documents:

    a.    Summons, dated June 18, 2025;

    b.    Second Amended Summons, dated June 27, 2025;

    c.    Third Amended Summons, dated July 10, 2025;

    d.    Plaintiff's Letter Motion regarding Unsealing the Case and Amending Appendix A, dated June 18, 2025;

    e.    Certificate of Service, dated June 23, 2025;

    f.    Plaintiff's Letter Motion to Request an Additional Redaction, dated June 23, 2025;

    g.    Certificate of Service, dated June 27, 2025;

    h.    Alibaba's Letter to Judge Oetken, dated June 24, 2025;

    i.    Plaintiff's Letter Motion regarding Preliminary Injunction Hearing and Proposed Preliminary Injunction, dated June 26, 2027, including Proposed Preliminary Injunction Order;

    j.    Verisign's Letter to Judge Oetken, dated June 26, 2025;

    k.    Preliminary Injunction Order; and

    l.    Order to Redact Certain Documents and Unseal Case.

Executed on August 13, 2025, in New York, New York.

                                                               */s/ Laura Harris*  
                                                               Laura Harris