**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Google LLC

Plaintiff(s),

- against -

Does 1-25

Defendant(s),

-------------------------------------------------------------X

1:25 ___ Civ. 04503 ___ ( JPO )

**CLERK'S CERTIFICATE**
**OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action was commenced on

May 30, 2025

_____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) _____Does 1-25_____

by personally serving _____the Defendants in the manner ordered by the Court on  May 30, 2025_____,

and proof of service was therefore filed on 6/23/25, 6/27/25, 7/30/25, 8/13/25 Doc. #(s) ___26 & 30___.

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

Dated: New York, New York

_____August 27_, 20_25_

**TAMMI M. HELLWIG**
Clerk of Court

By: _____

**Deputy Clerk**
