**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GOOGLE LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DOES 1–25,<br><br>   *Defendants.* | Civil Action No.:  1:25-cv-04503-JPO |

**MOTION FOR DEFAULT JUDGMENT**
**AND A PERMANENT INJUNCTION ORDER**

Plaintiff Google LLC ("Google"), by and through undersigned counsel, hereby moves this Court to enter a final default judgment and a permanent injunction order against Doe Defendants 1–25, in accordance with Federal Rules of Civil Procedure 55(b) and 65. The grounds for this motion and order are set forth in the accompanying memorandum of law.

Dated: September 3, 2025

Respectfully submitted,

*/s/ Laura Harris*

Laura Harris
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036-2601
Tel: (212) 556-2100
Fax: (212) 556-2222
lharris@kslaw.com

Sumon Dantiki (*pro hac vice*)
Christine Carletta
**KING & SPALDING LLP**
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006-4707
Tel: (202) 737-0500
Fax: (202) 626-3737
sdantiki@kslaw.com
ccarletta@kslaw.com

*Counsel for Plaintiff Google LLC*