# Exhibit 2

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

**FILED BY EMAIL AND UNDER SEAL**

June 18, 2025

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:  ***Google LLC v. Does 1–25***, Case No. 25-cv-04503

Dear Judge Oetken:

I write on behalf of Plaintiff Google LLC ("Google") to respectfully notify the Court of Google's intention to amend Appendix A to the Complaint ("Appendix A") pursuant to the Temporary Restraining Order ("TRO") and to request a brief *ex parte* telephonic conference at the Court's convenience to provide additional detail concerning the amendments. Google also respectfully requests that the Court unseal the case, with the exception of certain documents for which Google seeks limited redactions as described below. Google respectfully seeks this relief on or before Google's Friday, June 20, 2025, deadline to serve Defendants, so that Google may serve the amended and redacted filings.

***Background.*** On May 30, 2025, this Court entered a TRO to enjoin Defendant Does 1–25 ("Defendants") from exploiting the BadBox 2.0 botnet—the largest known botnet of internet-connected TV devices in history—to commit cybercrimes in violation of the Racketeer Influenced and Corrupt Organizations Act and the Computer Fraud and Abuse Act. Defendants silently infect devices with malware and gain unauthorized backdoor access to home networks through compromised personal devices, such as TVs, streaming devices, digital projectors, digital picture frames, and other products.[1] The botnet has already been used to

---

[1] The FBI recently issued a Public Service Announcement concerning the BADBOX 2.0 botnet and its cyber-criminal activity on residential devices. Public Service Announcement, FBI, *Home Internet Connected Devices Facilitate Criminal Activity*, Alert Number: I-060525-PSA (June 5, 2025), https://tinyurl.com/3b574bw2.

June 18, 2025
Page 2

commit cybercrimes on a global scale, harming millions in the United States and around the world, and it could be used to cause even more harm with dangerous ransomware or distributed denial-of-service attacks. And the threat continues to evolve: Defendants have already begun to develop new malware to infect more devices.[2]

The TRO authorized Google to execute a technical disruption of certain domains identified in Appendix A. Although Google's efforts remain ongoing, the disruption effected thus far already has resulted in one of the most significant botnet takedowns of the past decade. In this initial phase, Google and its partner, The Shadowserver Foundation,[3] have sinkholed 149 of the 154 domains listed in Appendix A, which has revealed malicious activity affecting roughly 6.7 million unique IP addresses.[4] Pursuant to the TRO, registrars and registries also provided contact information for the owners of the malicious domains, which Google will use to serve Defendants.[5]

*Amendments to Appendix A.* Google intends to amend the list of domains in Appendix A as set forth in **Exhibit 1** and described below.

- **Substitution of Certain Domains with Subdomains.** Google received feedback from certain domain owners indicating that some domains listed in Appendix A supported a mix of legitimate and illegitimate activity, and that sinkholing those domains disrupted legitimate activity. Google has reversed the sinkholing of those domains and has removed them from Appendix A, as set forth in

---

[2] *See* Jessica Lyons, *CISO who helped unmask Badbox warns: Version 3 is coming*, The Register (June 11, 2025), https://tinyurl.com/yc8dfk2f.

[3] The Shadowserver Foundation is a nonprofit security organization that partners with national cyber security incident response teams, law enforcement, and private industry to detect and take down malicious internet activity. *See* The Shadowserver Foundation, *What We Do*, https://tinyurl.com/47zkts5k (last visited June 18, 2025).

[4] "Sinkholing is a technique whereby a resource used by malicious actors to control malware is taken over and redirected to a benign listener that can (to a varying degree) understand network connections coming from infected devices. This provides visibility of the distribution of infected devices worldwide, as well as protecting victims by preventing botnet command and control (C2) from cybercriminals." *See* The Shadowserver Foundation, *Dashboard*, https://tinyurl.com/2s36xp6w (last visited June 18, 2025).

[5] Although certain productions from registrars provided usable contact information, many of the domains are registered to false identities. For example, one domain was registered to "super man"; another to "super cat."

June 18, 2025
Page 3

> Exhibit 1. Google is working to target subdomains within those domains.

- **Registrar Updates.** Certain domains listed on Appendix A have been transferred to a different registrar.  Google has modified Appendix A to accurately reflect the current registrar or the registrar associated with the domain immediately prior to the transfer provided for in Appendix A.

Google may further amend Appendix A as it identifies additional domains and subdomains connected to BadBox 2.0.

To provide the Court with additional detail on the amendments to Appendix A, Google requests a brief *ex parte* telephonic conference at a time that is convenient for the Court.

***Request to Unseal the Case Except for Limited Redactions.*** Because Google will soon serve Defendants and its technical disruption is sufficiently advanced, this case no longer needs to remain under seal, and Google respectfully requests that the Court unseal the docket. *See Lugosch III v. Pyramid Co.*, 435 F.3d 110, 124–26 (2d Cir. 2006). A proposed order unsealing the case is attached as **Exhibit 2.** Not only will unsealing further "the strong presumption in favor of public access," *Lugosch*, 435 F.3d at 126, but it will provide the public with additional information concerning Defendants' criminal activity and this litigation.

Google respectfully requests that certain portions of a limited number of documents remain under seal. Specifically, Google requests that it be permitted to redact (1) information identifying the declarant in this action, and (2) the name of and circumstances surrounding removal of one domain from Appendix A.

Google seeks to redact information identifying its declarant to protect that individual's privacy interests and prevent harassment or retaliation from the Defendants. The Court's order granting Google's requested relief effected a major disruption to the Defendants' botnet and, as a result, its financial interests. Defendants may seek to retaliate. Indeed, a Defendant already has contacted a member of Google's legal team by email, asking "How did you steal someone else's domain name? Why?" Other Defendants may follow suit or may retaliate once the case is unsealed.

Courts may redact the name of a declarant when publishing the individual's name "may increase the likelihood of future threatening behavior, implicating concerns of witness safety and the danger of impairing judicial efficiency." *SEC v. Ripple Labs, Inc.*, No. 20 Civ. 10832 (AT), 2023 WL 3477552, at *2 (S.D.N.Y. May

June 18, 2025
Page 4

16, 2023) (redacting "the names and other identifying information of its expert witnesses and investor declarants"). Google's proposed redactions therefore "are 'necessary to preserve higher values' of witness safety and judicial efficiency." *Id.* (quoting *Lugosch*, 435 F.3d at 124).

And the redactions Google seeks—to only a few isolated mentions of the declarant's name and other identifying information, set forth in **Exhibit 3**—are "narrowly tailored to protect only this sensitive . . . information." *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-cv-4500-GHW, 2021 WL 1222122, at *6 (S.D.N.Y. Mar. 31, 2021). They thus offer meaningful protection to the declarant's privacy interests but do not unduly infringe on the Court's interest in public access to information.

Google also respectfully requests to redact a domain initially included on Appendix A. On this matter, Google requests that the Court permit it to provide any additional information that the Court might require *ex parte. United States v. Kakkera*, No. 1:22-cr-398-GHW-2, 2023 WL 4624681, at *1 (S.D.N.Y. July 19, 2023) (citing *E.E.O.C. v. Kelley Drye & Warren LLP*, No. 10 Civ. 655(LTS)(MHD), 2012 WL 691545, at *2 (S.D.N.Y. Mar. 2, 2012)) ("Higher values that may justify the sealing of documents include national security concerns, attorney-client privilege, law enforcement interests, or the privacy interests of third-parties."). Proposed redactions to the original version of Appendix A are attached hereto as **Exhibit 4**.

For the foregoing reasons, Google respectfully requests that this Court: (1) schedule a brief, *ex parte* telephonic conference, (2) unseal the case, and (3) permit Google to make limited redactions to certain documents described above.

Respectfully submitted,

Laura Harris

*Counsel for Plaintiff*

# Exhibit 1

## Appendix A

### List of Domains/Domain Registrars Associated with BadBox 2.0

| Domain | Registrar |
|---|---|
| firehub.link | 1API GmbH |
| 100ulife.com | Gname.com Pte. Ltd. |
| ad3g.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| admoyu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| dc16888888.com | ! #1 Host Japan, LLC |
| ipmoyu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| motiyu.net | Gname.com Pte. Ltd. |
| moyix.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| polkitu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| pooboonews.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| randomhow.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ads-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ai-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| app-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| net-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| adoverocean.com | Amazon Registrar, Inc. |
| cooktracking.com | Cloudflare, Inc. |
| flybitly.com | Cloudflare, Inc. |
| pm2za.cc | Cloudflare, Inc. |
| x8cpp.cc | Cloudflare, Inc. |
| ttyunos.com | DNSPod, Inc. |
| pcxrlback.com | Dynadot LLC |
| coslogdydy.in | Dynadot LLC |
| msohu.online | Dynadot LLC |
| hatchbeen.com | Gname.com Pte. Ltd. |
| echojoy.xyz | GoDaddy.com, LLC |
| qazwsxedc.xyz | GoDaddy.com, LLC |
| sysbinder.xyz | GoDaddy.com, LLC |
| 99soya.shop | GoDaddy.com, LLC |
| 1ztop.work | GoDaddy.com, LLC |
| adaptorx.com | GoDaddy.com, LLC |
| adenjoybox.com | GoDaddy.com, LLC |
| adsmob.org | GoDaddy.com, LLC |
| adstool.xyz | GoDaddy.com, LLC |
| apotube.com | Dynadot Inc. |

| Domain | Registrar |
|---|---|
| appclicking.com | GoDaddy.com, LLC |
| bltproxy.com | GoDaddy.com, LLC |
| bluefish.work | GoDaddy.com, LLC |
| bullet-proxy.com | GoDaddy.com, LLC |
| cbphe.com | GoDaddy.com, LLC |
| clickby.net | GoDaddy.com, LLC |
| clocksyn.com | Name.com, Inc. |
| cxlcyy.com | GoDaddy.com, LLC |
| cxzyr.com | GoDaddy.com, LLC |
| dazzl.vip | GoDaddy.com, LLC |
| dqmop.com | GoDaddy.com, LLC |
| duoduodev.com | GoDaddy.com, LLC |
| firehub.work | GoDaddy.com, LLC |
| fuhidd.com | GoDaddy.com, LLC |
| g1ee.com | GoDaddy.com, LLC |
| giddy.cc | GoDaddy.com, LLC |
| goologer.com | GoDaddy.com, LLC |
| heygames.club | GoDaddy.com, LLC |
| huulog.com | GoDaddy.com, LLC |
| huuww.com | GoDaddy.com, LLC |
| ipforyou.top | GoDaddy.com, LLC |
| jolted.vip | GoDaddy.com, LLC |
| joyfulxx.com | GoDaddy.com, LLC |
| joysoul.cc | GoDaddy.com, LLC |
| jutux.work | GoDaddy.com, LLC |
| logcer.com | GoDaddy.com, LLC |
| moonhub.work | GoDaddy.com, LLC |
| moyu88.xyz | GoDaddy.com, LLC |
| msohu.shop | GoDaddy.com, LLC |
| mtcpmpm.com | GoDaddy.com, LLC |
| mtcpuouo.com | GoDaddy.com, LLC |
| mymoyu.shop | GoDaddy.com, LLC |
| navnow.xyz | GoDaddy.com, LLC |
| odmstatic.com | GoDaddy.com, LLC |
| ohtok.com | GoDaddy.com, LLC |
| ontoot.com | GoDaddy.com, LLC |
| pasiont.com | GoDaddy.com, LLC |
| pccyy.com | GoDaddy.com, LLC |

| Domain | Registrar |
|--------|-----------|
| pcxrl.com | GoDaddy.com, LLC |
| petrel-ip.com | GoDaddy.com, LLC |
| pixelscast.com | GoDaddy.com, LLC |
| pixlo.cc | GoDaddy.com, LLC |
| qulogger.com | Dynadot Inc. |
| retrofitxer.com | GoDaddy.com, LLC |
| rzless.work | GoDaddy.com, LLC |
| sdteen.com | GoDaddy.com, LLC |
| simplekds.me | GoDaddy.com, LLC |
| sparkjoy.cc | GoDaddy.com, LLC |
| sushi9.work | GoDaddy.com, LLC |
| swiftcode.work | GoDaddy.com, LLC |
| sysbinder.com | GoDaddy.com, LLC |
| thecastapp.com | GoDaddy.com, LLC |
| thrivefires.com | GoDaddy.com, LLC |
| tuding.xyz | GoDaddy.com, LLC |
| tvsnapp.com | GoDaddy.com, LLC |
| veezy.site | GoDaddy.com, LLC |
| vividweb.work | GoDaddy.com, LLC |
| wildpettykiwi.info | GoDaddy.com, LLC |
| wordflayer.com | GoDaddy.com, LLC |
| xl-ads.com | GoDaddy.com, LLC |
| ybopo.com | GoDaddy.com, LLC |
| ycxad.com | GoDaddy.com, LLC |
| ycxrl.com | GoDaddy.com, LLC |
| yydsma.com | GoDaddy.com, LLC |
| yydsmb.com | GoDaddy.com, LLC |
| yydsmd.com | GoDaddy.com, LLC |
| yydsmr.com | GoDaddy.com, LLC |
| zixoc.work | GoDaddy.com, LLC |
| ziyemy.shop | GoDaddy.com, LLC |
| ztword.com | GoDaddy.com, LLC |
| zxcvbnmasdfghjkl.xyz | GoDaddy.com, LLC |
| finemob.com | GoDaddy.com, LLC |
| flyermobi.com | GoDaddy.com, LLC |
| jasmine.land | GoDaddy.com, LLC |
| wildpettykiwi.com | GoDaddy.com, LLC |
| wildpettykiwi.xyz | GoDaddy.com, LLC |

| Domain | Registrar |
|---|---|
| feedsrocafort.com | GoDaddy.com, LLC |
| gamekite.cc | GoDaddy.com, LLC |
| dailynewscome.com | GoDaddy.com, LLC |
| mazingtour.com | GoDaddy.com, LLC |
| redtamatofeed.com | GoDaddy.com, LLC |
| gamesgoplay.com | GoDaddy.com, LLC |
| h5cloudgame.com | GoDaddy.com, LLC |
| lolagamers.com | GoDaddy.com, LLC |
| mslb.net | Hefei Juming Network Technology Co., Ltd |
| sendclick.xyz | Name.com, Inc. |
| sustat.com | Name.com, Inc. |
| wotads.com | Name.com, Inc. |
| forfor123.com | NameCheap, Inc. |
| holadns.com | NameCheap, Inc. |
| kyc-holdings.com | NameCheap, Inc. |
| lbk-sol.com | NameCheap, Inc. |
| linkmob.org | NameCheap, Inc. |
| martianinc.co | NameCheap, Inc. |
| nicenice123.com | NameCheap, Inc. |
| okamiboss.com | NameCheap, Inc. |
| peercon.org | NameCheap, Inc. |
| phonegrid.org | NameCheap, Inc. |
| phonemesh.org | NameCheap, Inc. |
| sklstech.com | NameCheap, Inc. |
| quirk5.com | NameCheap, Inc. |
| pixelsprout.lol | NameCheap, Inc. |
| 8085.read.newszop.com 6427.read.newszop.com | NameCheap, Inc. |
| airsignswind.com | NameCheap, Inc. |
| bitemores.com | NameSilo, LLC |
| catmore88.com | NameSilo, LLC |
| catmos99.com | NameSilo, LLC |
| meiboot.com | NameSilo, LLC |
| qocoll.com | NameSilo, LLC |
| qweqwe135.top | NameSilo, LLC |
| sdha.top | NameCheap, Inc. |
| tiktik135.top | NameCheap, Inc. |
| domipa.com | NameSilo, LLC |

| Domain | Registrar |
|---|---|
| scoutsgamer.com | NameSilo, LLC |
| devtest007.com | Porkbun LLC |
| strong12138.com | Porkbun LLC |
| super951.com | Porkbun LLC |
| astrolink.cn | **阿里云**计算有限公司（万网） |
| shanhulan.cn | **阿里云**计算有限公司（万网） |
| szprize.cn | **阿里云**计算有限公司（万网） |

# Exhibit 2

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

*Plaintiff,*

v.

Does 1–25,

*Defendants.*

Civil Action No. 1:25-cv-04503

## [PROPOSED] ORDER TO UNSEAL CASE

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to maintain this matter under seal;

**WHEREAS**, the Court, being advised by counsel for Plaintiff that it is no longer necessary to proceed under an anonymized caption; it is hereby

**ORDERED**, that this case is unsealed in its entirety;

**ORDERED**, that the Clerk of Court shall add Plaintiff Google LLC and Defendants Does 1–25 to the caption of this case;

**IT IS FURTHER ORDERED**, that all papers filed heretofore will be posted electronically on the Court's ECF system.

**IT IS SO ORDERED.**

Dated: _____

_____
J. Paul Oetken, U.S. District Judge

# Exhibit 3

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

       *Plaintiff,*

   v.

DOES 1–25,

       *Defendants.*

Civil Action No.:

**FILED UNDER SEAL**

# GOOGLE LLC'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

_____ ("Decl.") ¶ 4. The Enterprise deploys malware onto connected TVs and other devices. Compl. ¶ 2; Decl. ¶¶ 42–46. Once the malware is activated, these devices become part of the BadBox 2.0 botnet—a metastasizing network that the Enterprise uses to carry out illicit schemes without detection by the device user. Compl. ¶ 2; Decl. ¶¶ 24–28, 47–48. Google has undertaken significant efforts to investigate and disrupt BadBox 2.0, but the botnet continues to grow. Decl. ¶¶ 4, 101. As of April 2025, the BadBox 2.0 malware has infected more than ten million devices worldwide, including approximately 170,000 devices in New York and 65,000 in the Southern District of New York alone, and the number of infected devices increases each day. Compl. ¶¶ 15, 93; Decl. ¶¶ 4, 36.

### A. The BadBox 2.0 Botnet

A botnet is a network of devices infected by viruses or other malware and controlled by criminals who direct its operations from afar. Compl. ¶¶ 32–36; Decl. ¶ 23. Botnets provide strength in numbers by marshalling the computer power of numerous devices for a common—often criminal—purpose. Compl. ¶ 37; Decl. ¶ 29. Cybercriminals use one or more "command-and-control" servers ("C2 Servers") to direct the devices that make up the botnet. Compl. ¶ 36; Decl. ¶¶ 23, 26.

The Enterprise infects devices that run on a modified version of the Android Open Source Project ("AOSP"). These devices do not have Google Play Protect security features, which are included on devices that use Google's proprietary Android operating system. Compl. ¶ 40; Decl. ¶ 34. The BadBox 2.0 botnet is composed of devices that the Enterprise infected with malware through at least two different methods. Compl. ¶ 47; Decl. ¶ 42. In some cases, the Enterprise pre-installs a "backdoor" (i.e. access point) onto the devices prior to the end user receiving the device. Compl. ¶ 48; Decl. ¶¶ 43–44. When the user turns on the infected device, it is programmed to connect to an Enterprise-controlled C2 Server, which instructs the device to

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

        *Plaintiff,*

    v.

DOES 1–25,

        *Defendants.*

Civil Action No.:

**FILED UNDER SEAL**

**DECLARATION OF** ███████ **IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

I, ▮▮▮▮▮▮ , declare as follows:

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I submit this declaration in support of Google's Motion for *Ex Parte* Temporary Restraining Order and Order to Show Cause. I have personal knowledge of the matters discussed in this declaration, and if called as a witness, I could and would testify competently to the matters discussed in this declaration.

2. ▮▮▮▮▮▮▮▮ , I evaluate cybersecurity threats that target, or are discovered by cybercriminals' use of, Google products and services, including Android, Android Open Source Project ("AOSP"), Chrome, Google Play, Google Search, YouTube, Google Cloud, Google Ads, Google Ad Manager, and Google Display & Video 360. As part of a broader Google effort, ▮ ▮▮▮▮ to protect Google users, products, services, platforms, and assets from serious cyberattacks, including botnet attacks. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ , I have participated in and directed numerous botnet investigations and disruptions.

3. Google has investigated the structure and function of a botnet called "BadBox 2.0" in partnership with cybersecurity researchers at HUMAN Security, Trend Micro, and Shadowserver, among others. Google continues to actively investigate BadBox 2.0 and the actors who control it (the "BadBox 2.0 Enterprise"). Google's investigation has discovered that BadBox 2.0 has a larger scope than previously reported. My conclusions concerning BadBox 2.0 are based on Google's investigation and observations, as well as other cybersecurity experts' observations.

4. CCIG, working with other relevant Google teams, has assessed the activities of this botnet and the impact it has on Google and owners of infected devices. Our investigation has

2

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct. Executed on May 27, 2025, in San Francisco, California.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

GOOGLE LLC,

        *Plaintiff,*

    v.

DOES 1–25,

        *Defendants.*

Civil Action No.:

**FILED UNDER SEAL**

## DECLARATION OF LAURA HARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND <u>ORDER TO SHOW CAUSE</u>

tablets, and projectors—to form a "botnet" (or network) that the BadBox 2.0 Enterprise leverages to conduct and conceal a wide range of criminal activity, including sale of proxy connections and ad fraud. ████████████████████████████ Decl.") ¶ 4.

5.    The BadBox 2.0 Enterprise continues to infect new devices every day and uses the growing botnet to engage in a variety of criminal activities, causing irreparable harm to Google, device users, and the public. For example:

   a.    The Enterprise either pre-installs or downloads on users' devices the BadBox 2.0 malware. That malware enables the BadBox 2.0 Enterprise to control and direct the devices and utilize the devices' IP addresses to perform fraudulent and criminal activities. *Id.* ¶¶ 42–48.

   b.    The BadBox 2.0 Enterprise sells access to the IP addresses of infected devices to cybercriminals that in turn use those IP addresses to proxy or disguise their criminal internet activities and evade detection. *Id.* ¶¶ 51–57. Cybercriminals can commit a wide variety of cyberattacks using proxy services and researchers have documented the use of BadBox 2.0 proxy connections to commit widespread ad fraud. Plaintiff Google's Complaint ("Compl.") ¶ 58.

   c.    The Enterprise also uses the BadBox 2.0 devices to commit ad fraud in a variety of ways, including by using apps to request and render hidden ads, directing infected devices to interact with ads and submit fraudulent requests for ads on hidden web browsers that users cannot see, and using infected devices to carry out click fraud. ████████ ¶ 72.

6.    Certain domains associated with web hosting companies have been identified as command and control servers for the BadBox 2.0 botnet, and certain related domains have been

# Exhibit 4

### Appendix A

## List of Domains/Domain Registrars
## Associated with BadBox 2.0

| Domain | Registrar |
| --- | --- |
| firehub.link | 1API GmbH |
| 100ulife.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ad3g.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| admoyu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ███████ | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| dc16888888.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ipmoyu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| long.tv | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| motiyu.net | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| moyix.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| polkitu.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| pooboonews.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| randomhow.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ads-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| ai-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| app-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| net-goal.com | Alibaba Cloud Computing (Beijing) Co., Ltd. |
| adoverocean.com | Amazon Registrar, Inc. |
| cooktracking.com | Cloudflare, Inc. |
| easyjoy.me | Cloudflare, Inc. |
| flybitly.com | Cloudflare, Inc. |

| Domain | Registrar |
|---|---|
| pm2za.cc | Cloudflare, Inc. |
| x8cpp.cc | Cloudflare, Inc. |
| ttyunos.com | DNSPod, Inc. |
| pcxrlback.com | Dynadot LLC |
| coslogdydy.in | Dynadot LLC |
| msohu.online | Dynadot LLC |
| hatchbeen.com | Gname.com Pte. Ltd. |
| echojoy.xyz | GoDaddy.com, LLC |
| qazwsxedc.xyz | GoDaddy.com, LLC |
| sysbinder.xyz | GoDaddy.com, LLC |
| 99soya.shop | GoDaddy.com, LLC |
| 1ztop.work | GoDaddy.com, LLC |
| adaptorx.com | GoDaddy.com, LLC |
| adenjoybox.com | GoDaddy.com, LLC |
| adsmob.org | GoDaddy.com, LLC |
| adstool.xyz | GoDaddy.com, LLC |
| apotube.com | GoDaddy.com, LLC |
| appclicking.com | GoDaddy.com, LLC |
| bltproxy.com | GoDaddy.com, LLC |
| bluefish.work | GoDaddy.com, LLC |
| bullet-proxy.com | GoDaddy.com, LLC |
| cbphe.com | GoDaddy.com, LLC |
| clickby.net | GoDaddy.com, LLC |

| Domain | Registrar |
|--------|-----------|
| clocksyn.com | Name.com, Inc. |
| cxlcyy.com | GoDaddy.com, LLC |
| cxzyr.com | GoDaddy.com, LLC |
| dazzl.vip | GoDaddy.com, LLC |
| dqmop.com | GoDaddy.com, LLC |
| duoduodev.com | GoDaddy.com, LLC |
| firehub.work | GoDaddy.com, LLC |
| fuhidd.com | GoDaddy.com, LLC |
| g1ee.com | GoDaddy.com, LLC |
| giddy.cc | GoDaddy.com, LLC |
| goologer.com | GoDaddy.com, LLC |
| heygames.club | GoDaddy.com, LLC |
| huulog.com | GoDaddy.com, LLC |
| huuww.com | GoDaddy.com, LLC |
| ipforyou.top | GoDaddy.com, LLC |
| jolted.vip | GoDaddy.com, LLC |
| joyfulxx.com | GoDaddy.com, LLC |
| joysoul.cc | GoDaddy.com, LLC |
| jutux.work | GoDaddy.com, LLC |
| logcer.com | GoDaddy.com, LLC |
| moonhub.work | GoDaddy.com, LLC |
| moyu88.xyz | GoDaddy.com, LLC |
| msohu.shop | GoDaddy.com, LLC |

| Domain | Registrar |
|--------|-----------|
| mtcpmpm.com | GoDaddy.com, LLC |
| mtcpuouo.com | GoDaddy.com, LLC |
| mymoyu.shop | GoDaddy.com, LLC |
| navnow.xyz | GoDaddy.com, LLC |
| odmstatic.com | GoDaddy.com, LLC |
| ohtok.com | GoDaddy.com, LLC |
| ontoot.com | GoDaddy.com, LLC |
| pasiont.com | GoDaddy.com, LLC |
| pccyy.com | GoDaddy.com, LLC |
| pcxrl.com | GoDaddy.com, LLC |
| petrel-ip.com | GoDaddy.com, LLC |
| pixelscast.com | GoDaddy.com, LLC |
| pixlo.cc | GoDaddy.com, LLC |
| qulogger.com | GoDaddy.com, LLC |
| retrofitxer.com | GoDaddy.com, LLC |
| rzless.work | GoDaddy.com, LLC |
| sdteen.com | GoDaddy.com, LLC |
| simplekds.me | GoDaddy.com, LLC |
| sparkjoy.cc | GoDaddy.com, LLC |
| sushi9.work | GoDaddy.com, LLC |
| swiftcode.work | GoDaddy.com, LLC |
| sysbinder.com | GoDaddy.com, LLC |
| thecastapp.com | GoDaddy.com, LLC |

| Domain | Registrar |
|---|---|
| thrivefires.com | GoDaddy.com, LLC |
| tuding.xyz | GoDaddy.com, LLC |
| tvsnapp.com | GoDaddy.com, LLC |
| veezy.site | GoDaddy.com, LLC |
| vividweb.work | GoDaddy.com, LLC |
| wildpettykiwi.info | GoDaddy.com, LLC |
| wordflayer.com | GoDaddy.com, LLC |
| xl-ads.com | GoDaddy.com, LLC |
| ybopo.com | GoDaddy.com, LLC |
| ycxad.com | GoDaddy.com, LLC |
| ycxrl.com | GoDaddy.com, LLC |
| yydsma.com | GoDaddy.com, LLC |
| yydsmb.com | GoDaddy.com, LLC |
| yydsmd.com | GoDaddy.com, LLC |
| yydsmr.com | GoDaddy.com, LLC |
| zixoc.work | GoDaddy.com, LLC |
| ziyemy.shop | GoDaddy.com, LLC |
| ztword.com | GoDaddy.com, LLC |
| zxcvbnmasdfghjkl.xyz | GoDaddy.com, LLC |
| finemob.com | GoDaddy.com, LLC |
| flyermobi.com | GoDaddy.com, LLC |
| jasmine.land | GoDaddy.com, LLC |
| wildpettykiwi.com | GoDaddy.com, LLC |

| Domain | Registrar |
|---|---|
| wildpettykiwi.xyz | GoDaddy.com, LLC |
| feedsrocafort.com | GoDaddy.com, LLC |
| gamekite.cc | GoDaddy.com, LLC |
| dailynewscome.com | GoDaddy.com, LLC |
| mazingtour.com | GoDaddy.com, LLC |
| redtamatofeed.com | GoDaddy.com, LLC |
| gamesgoplay.com | GoDaddy.com, LLC |
| h5cloudgame.com | GoDaddy.com, LLC |
| lolagamers.com | GoDaddy.com, LLC |
| mslb.net | Hefei Juming Network Technology Co., Ltd |
| sendclick.xyz | Name.com, Inc. |
| sustat.com | Name.com, Inc. |
| wotads.com | Name.com, Inc. |
| forfor123.com | NameCheap, Inc. |
| holadns.com | NameCheap, Inc. |
| kyc-holdings.com | NameCheap, Inc. |
| lbk-sol.com | NameCheap, Inc. |
| linkmob.org | NameCheap, Inc. |
| martianinc.co | NameCheap, Inc. |
| nicenice123.com | NameCheap, Inc. |
| okamiboss.com | NameCheap, Inc. |
| peercon.org | NameCheap, Inc. |
| phonegrid.org | NameCheap, Inc. |

6

| Domain | Registrar |
|--------|-----------|
| phonemesh.org | NameCheap, Inc. |
| sklstech.com | NameCheap, Inc. |
| quirk5.com | NameCheap, Inc. |
| pixelsprout.lol | NameCheap, Inc. |
| newszop.com | NameCheap, Inc. |
| airsignswind.com | NameCheap, Inc. |
| bitemores.com | NameSilo, LLC |
| catmore88.com | NameSilo, LLC |
| catmos99.com | NameSilo, LLC |
| meiboot.com | NameSilo, LLC |
| qocoll.com | NameSilo, LLC |
| qweqwe135.top | NameSilo, LLC |
| sdha.top | NameSilo, LLC |
| tiktik135.top | NameSilo, LLC |
| domipa.com | NameSilo, LLC |
| scoutsgamer.com | NameSilo, LLC |
| devtest007.com | Porkbun LLC |
| strong12138.com | Porkbun LLC |
| super951.com | Porkbun LLC |
| astrolink.cn | 阿里云计算有限公司（万网） |
| shanhulan.cn | 阿里云计算有限公司（万网） |
| szprize.cn | 阿里云计算有限公司（万网） |